UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | CASE NO.: 22CR1887-W |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING HEARING |
| SEBASTIAN GARIBAY CHAVEZ | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for February 27, 2023 be continued to **March 13, 2023 at 9:00a.m.**

DATED: 2/14/23

**Honorable Thomas J. Whelan**
United States District Judge